# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re ANTHONY R. TURNER,

Case No. 21-cv-01986-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This action was opened on March 22, 2021, when the Court received from Plaintiff Anthony R. Turner a letter that concerned prison conditions.

On the same date, the Clerk of the Court notified Plaintiff in writing that his action was deficient in that he had not submitted his complaint on a proper complaint form and had not submitted an *in forma pauperis* ("IFP") application. The Clerk further notified him that this action would be dismissed if he did not submit a complaint on the proper form and a completed IFP application within twenty-eight days. The Clerk sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

More than twenty-eight days have passed, and Plaintiff has not filed the necessary documents or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: May 19, 2021

JUDGE YVONNE GONZALEZ ROGERS
United States District Judge